**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK KELLY,

    Plaintiff,

vs.

                                    CASE NO.:  8:17-CV-2497-T-24AEP

SYNCHRONY BANK, N.A.

    Defendants.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**AGAINST DEFENDANT SYNCHRONY BANK, N.A.**

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Mark Kelly, by and through his undersigned counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant, Synchrony Bank, N.A.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this February 14, 2018, to all parties of record.

                                              Respectfully submitted,

                                              /s/Heather H. Jones
                                              Heather H. Jones, Esquire
                                              Florida Bar No.: 0118974
                                              William Peerce Howard, Esq.
                                              Florida Bar No.:  0103330
                                              THE CONSUMER PROTECTION FIRM
                                              4030 Henderson Blvd.
                                              Tampa, FL  33629
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              Billy@TheConsumerProtectionFirm.com
                                              Attorney for Plaintiff